13661

RHODES *ET AL.* v. BLACK *ET AL.*

(170 S. E., 158)

194

196

198

*Mr. Leon L. Rice,* for appellants,

*Messrs. G. C. Sullivan* and *John K. Hood, Jr.,* for respondents,

July 8, 1933.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BLEASE.

The very able decree of his Honor, Circuit Judge Greene, in this cause, appealed from by the defendants, which will be reported, being entirely satisfactory to this Court, and requiring nothing else to be said to sustain it, is affirmed.

MESSRS. JUSTICES STABLER, CARTER and BONHAM concur.